AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Count One: 15 U.S.C. §1 - Price Fixing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  See attached penalty sheet

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ StarKist Co.

DISTRICT COURT NUMBER

CR18 0513   EMC

FILED
OCT 18 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____
} MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on this form   Leslie Wulff, DOJ-Antitrust
☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT        Bail Amount: _____
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

PENALTY SHEET

Individual:   **StarKist**

15 U.S.C. § 1 – Price Fixing (Count 1)

<u>Maximum Penalties</u>:
1. A fine in an amount equal to the largest of:
    A. $100 Million
2. A term of probation of at least one year, but not more than five years
3. $400 special assessment
4. Restitution

EMC

CR18  0513

FILED

OCT 18 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LESLIE A. WULFF (CSBN 277979)
MICAH L. RUBBO (CSBN 267465)
ANDREW SCHUPANITZ (CSBN 315850)
ANN CHO LUCAS (CSBN 309026)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
Leslie.Wulff@usdoj.gov

Attorneys for the United States

FILED
OCT 18 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

CR18  0513

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> STARKIST CO., <br> Defendant. | Case No. 18 CR _____ <br><br> **INFORMATION** <br><br> 15 U.S.C. § 1 — Price Fixing |

The United States of America, acting through its attorneys, charges:

I.

DESCRIPTION OF THE OFFENSE

1. STARKIST CO. ("defendant") is hereby made defendant on the charge contained in this Information.

2. Beginning at least as early as November 2011 and continuing until at least as late as December 2013, the exact dates being unknown to the United States, in the Northern District of California and elsewhere, the defendant and its coconspirators knowingly entered into and engaged in a combination and conspiracy to fix, raise, and maintain the prices of

INFORMATION                    1

packaged seafood sold in the United States. The combination and conspiracy engaged in by the defendant and coconspirators was an unreasonable restraint of interstate commerce in violation of Section 1 of the Sherman Antitrust Act (15 U.S.C. § 1).

3. The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendant and coconspirators, the substantial terms of which were to fix, raise, and maintain prices of packaged seafood.

4. For purposes of this Information, packaged seafood consists of canned tuna fish.

## II.

## DEFENDANT AND COCONSPIRATORS

5. During the time period covered by this Information, the defendant was a corporation organized and existing under the laws of Delaware and had its principal place of business in Pittsburgh, Pennsylvania.

6. During the time period covered by this Information, the defendant was a producer of packaged seafood and was engaged in the sale of packaged seafood in the United States.

7. Various business organizations and individuals, not made defendants in this Information, participated as coconspirators in the offense charged in this Information and performed acts and made statements in furtherance of it.

8. Whenever in this Information reference is made to any act, deed, or transaction of any business organization, the allegation means that the business organization engaged in the act, deed, or transaction by or through its officers, directors, employees, agents, or other representatives while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

\\
\\
\\
\\

### III.

### MEANS AND METHODS OF THE CONSPIRACY

9. For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and its coconspirators did those things that they combined and conspired to do, including, among other things:

    a. engaged in conversations and discussions and attended meetings with representatives of other major packaged-seafood-producing firms;

    b. agreed and reached mutual understandings during these conversations, discussions, and meetings, to fix, raise, and maintain the prices of packaged seafood sold in the United States; and

    c. negotiated prices with customers and issued price announcements for packaged seafood in accordance with the agreements and mutual understandings reached.

### IV.

### TRADE AND COMMERCE

10. During the time period covered by this Information, packaged seafood sold by the defendant and one or more of the coconspirator firms, and equipment and supplies necessary to the production and distribution of packaged seafood, as well as payments for packaged seafood, traveled in interstate commerce.

11. During the time period covered by this Information, the business activities of defendant and its coconspirators in connection with the sale of packaged seafood were within the flow of, and substantially affected, interstate commerce.

\\
\\
\\
\\
\\
\\
\\

INFORMATION        3

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

_____
Makan Delrahim
Assistant Attorney General

_____
Richard A. Powers
Acting Deputy Assistant Attorney General

_____
Marvin N. Price, Jr.
Director of Criminal Enforcement

Antitrust Division
United States Department of Justice

_____
Alex G. Tse
Acting United States Attorney
Northern District of California

_____
Manish Kumar
Acting Chief, San Francisco Office

_____
Leslie A. Wulff
Micah L. Rubbo
Andrew Schupanitz
Ann Cho Lucas
Trial Attorneys, Antitrust Division
United States Department of Justice

INFORMATION                               4