LATHAM & WATKINS LLP
  Niall E. Lynch (CA 157959)
  Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*niall.lynch@lw.com*
*ashley.bauer@lw.com*

  Sean M. Berkowitz (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767
*sean.berkowitz@lw.com*

*Attorneys for Defendant StarKist Co.*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.<br><br>Defendant. | CASE NO. CR-18-0513 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESET SENTENCING DATE AND RELATED DEADLINES** |

It is hereby STIPULATED by and between the parties, through their respective attorneys of record, in light of the fact that the May 22, 2019 sentencing hearing has been vacated by the Court, that the deadlines set forth in the Court's November 14, 2018 Minute Order [Dkt. No. 23] be re-scheduled as follows:

        April 10, 2019     Final PSR due

        May 15, 2019      Sentencing Memorandum due

//

| | | |
|---|---|---|
| 1 | May 29, 2019 | Response to Sentencing Memorandum due |
| 2 | June 12, 2019 | Sentencing hearing |

IT IS SO STIPULATED.

Dated: March 28, 2019                                  Respectfully submitted,

                                                                   By:    /s/ Niall E. Lynch
                                                                         Niall E. Lynch
                                                  LATHAM & WATKINS LLP
                                                      Niall E. Lynch
                                                      Sean M. Berkowitz
                                                      Ashley M. Bauer

*Attorneys for Defendant StarKist Co.*

Dated: March 28, 2019                                  By:    /s/ Mikal J. Condon
                                                                         Mikal J. Condon
                                                  MIKAL J. CONDON
                                                      Trial Attorney
                                                      U.S. Department of Justice
                                                      Antitrust Division

*Attorney for the United States*

# [PROPOSED] ORDER

The Parties stipulated that, in light of the fact that the May 22, 2019 sentencing hearing has been vacated by the Court, the deadlines set forth in the Court's November 14, 2018 Minute Order [Dkt. No. 23], including the May 22, 2019 sentencing hearing, should be re-scheduled.

The following newly re-scheduled deadlines will apply:

| | |
|---|---|
| April 10, 2019 | Final PSR due |
| May 15, 2019 | Sentencing Memorandum due |
| May 29, 2019 | Response to Sentencing Memorandum due |
| June 12, 2019 | Sentencing hearing |

**IT IS SO ORDERED.**

Dated: _March 29_, 2019

_____
HONORABLE EDWARD M. CHEN
United States District Judge

**ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation and [Proposed] Order to Reset Sentencing Date and Related Deadlines. Pursuant to Civil Local Rule 5-1(i)(3) and electronic filing procedures of the Northern District of California, I, Niall E. Lynch, attest that the concurrence in the filing of this document has been obtained.

Dated: March 28, 2019        /s/ Niall E. Lynch
                             Niall E. Lynch